**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHN WEST II,
on behalf of himself and all other
persons similarly situated, known and
unknown

    Plaintiff,

-vs-

TACO BELL OF AMERICA, LLC

    Defendant.

Hon. George Caram Steeh
Mag. R. Steven Whalen
Civil Action No. 2:18-cv-12750

| | |
|---|---|
| Bryan Yaldou (P70600)<br>Elaina S. Bailey (P82461)<br>THE LAW OFFICES OF BRYAN YALDOU, PLLC<br>23000 Telegraph, Suite 5<br>Brownstown, MI 48134<br>Phone: (734) 692-9200<br>Fax: (734) 692-9201<br>bryan@yaldoulaw.com<br>*Attorneys for Plaintiff* | Allan S. Rubin (P44420)<br>Daniel C. Waslawski (P78037)<br>JACKSON LEWIS, P.C.<br>2000 Town Center, Suite 1650<br>Southfield, Michigan 48075<br>(248) 936-1900<br>rubina@jacksonlewis.com<br>daniel.waslawski@jacksonlewis.com<br>*Attorneys for Defendant* |

## ORDER APPROVING SETTLEMENT AND DISMISING CASE WITH PREJUDICE

This matter having come before the Court on the parties Joint Motion to Approve Settlement, the Court having determined that the settlement proposed by the parties is a fair and reasonable resolution of a bona fide dispute, and the Court being otherwise duly advised in the premise:

**IT IS HEREBY ORDERED** that the Settlement Agreement between the parties is approved; and

**IT IS FURTHER ORDERED** that this matter be and is hereby dismissed **WITH PREJUDICE** and **WITHOUT** costs or attorney fees, except as provided for in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: November 15, 2018

_____
UNITED STATES DISTRICT COURT JUDGE